IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYNGENTA SEEDS, INC., GOLDEN HARVEST SEEDS, INC., AND GARST SEED COMPANY,<br><br>      Plaintiff,<br><br>v.<br><br>DEKALB GENETICS CORPORATION.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 06-_____<br>)<br>)<br>)<br>) |

**SYNGENTA SEEDS, INC., GOLDEN HARVEST SEEDS, INC.,
AND GARST SEED COMPANY'S RULE 7.1 DISCLOSURE**

Pursuant to Fed. R. Civ. P. 7.1, the undersigned counsel for Syngenta Seeds, Inc., Golden Harvest Seeds, Inc., and Garst Seed Company hereby certify that the parent corporations and/or publicly held corporations that own 10% or more of a plaintiff's stock are Syngenta Corporation, Syngenta U.S. Holdings, Inc., Seeds JV CV , Syngenta Seeds B.V., Syngenta Alpha B.V., Syngenta Participations AG, Syngenta AG, Syngenta Seeds, Inc., Garst Holding Corporation, and GH Holding, Inc.

                                              YOUNG, CONAWAY, STARGATT &
                                              TAYLOR, LLP

                                              _____
                                              John W. Shaw (No. 3362)
                                              The Brandywine Building
                                              1000 West Street, 17th Floor
                                              P.O. Box 391
                                              Wilmington, DE  19899-0391
                                              (302) 571-6600
                                              jshaw@ycst.com
                                              *Attorneys for Plaintiffs*

Of counsel:

Michael J. Flibbert
Howard W. Levine
Sanya Sukduang
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, DC  20001-4413
(202) 408-4000

Dated:  October 5, 2006