AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

**DISTRICT OF**                    DELAWARE

SYNGENTA SEEDS, INC.,
GOLDEN HARVEST SEEDS, INC., AND
GARST SEED COMPANY,

Plaintiff(s),                    **SUMMONS IN A CIVIL CASE**

V.                    CASE NUMBER: 06-

DEKALB GENETICS CORPORATION,

Defendant(s).

TO: (Name and address of defendant)

DEKALB GENETICS CORPORATION
c/o Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John W. Shaw, Esquire (#3362)
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE  19899-0391

an answer to the complaint which is herewith served upon you, within <u>20</u> days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                10/5/06

CLERK                                          DATE

Betsy Du

(BY) DEPUTY CLERK

AO 440 (Rev 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE  10/5/06 |
| NAME OF SERVER (*PRINT*)  BRIAN CROSSAN | TITLE  Process Server |

*Check one box below to indicate appropriate method of service*

☐    Served personally upon the defendant.  Place where served: _____
_____

☐    Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.   Name of person with whom the summons and complaint were left: _____
_____

☐    Returned unexecuted: _____
_____
_____

☒    Other (specify): PERSONALLY SERVED DEKALB GENETICS CORP by SERVING ITS REGISTERED AGENT, THE CORPORATION SERVICE CO, AT 2711 CENTERVILLE RD, WILM DE 19808 AT 3:39 PM PERSON ACCEPTING SERVICE : MARY DRUMMOND

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct. |

Executed on  10/5/06                    _____
                Date                         Signature of Server


230 N MARKET St, WILM DE 1980l
Address of Server