IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYNGENTA SEEDS, INC., GOLDEN HARVEST SEEDS, INC. and GARST SEED COMPANY, <br><br> Plaintiffs, <br><br> v. <br><br> DEKALB GENETICS CORPORATION, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 06-622 (SLR) |

## STIPULATION TO EXTEND TIME

Plaintiffs and Defendant hereby stipulate, subject to the approval of the Court, that Defendant's time to answer, move or otherwise respond to the Complaint in this action is extended to November 24, 2006.

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

By: /s/ John W. Shaw
John W. Shaw (#3362)
The Brandywine Building
1000 West Street
P. O. Box 391
Wilmington, DE 19899-0391
Tel: (302) 571-6600
jshaw@ycst.com

*Attorney for Plaintiffs*

POTTER ANDERSON & CORROON LLP

By: /s/ David E. Moore
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19889-0951
Tel.: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendant*

IT IS SO ORDERED this _____ day of _____, 2006.

_____
United States District Court Judge

757219/28128