IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYNGENTA SEEDS, INC., GOLDEN HARVEST SEEDS, INC., AND GARST SEED COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> DEKALB GENETICS CORPORATION, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 06-622-SLR |

### NOTICE OF DISMISSAL

Plaintiffs Syngenta Seeds, Inc., Golden Harvest Seeds, Inc., and Garst Seed Company hereby dismiss this action in its entirety without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

Of counsel:

Michael J. Flibbert
Howard W. Levine
Sanya Sukduang
FINNEGAN, HENDERSON,
 FARABOW, GARRETT &
 DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, DC 20001-4413
(202) 408-4000

Dated: November 7, 2006

YOUNG, CONAWAY, STARGATT &
TAYLOR, LLP

/s/ John W. Shaw

John W. Shaw (No. 3362)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
(302) 571-6600
jshaw@ycst.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, John W. Shaw, hereby certify that on November 7, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Richard L. Horwitz, Esquire
> David E. Moore, Esquire
> Potter Anderson & Corroon LLP
> Hercules Plaza
> 1313 North Market Street
> Wilmington, DE 19899-0951

I further certify that on November 7, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ John W. Shaw*
John W. Shaw (No. 3362)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
jshaw@ycst.com

Attorney for Plaintiffs